**Filed**

NOV 0 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE RUBINO,  ) No. C 12-05006 EJD (PR)
      Plaintiff.  ) ORDER OF DISMISSAL

 On September 25, 2012, Plaintiff filed a letter complaining of prison conditions which the Clerk of the Court construed as an attempt to file a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he must submit a complaint within thirty days of the notice to avoid dismissal of the action, and provided a copy of the court's form complaint. (Docket No. 3.) Plaintiff was separately sent a notice that he must either pay the full filing fee or file an In Forma Pauperis ("IFP") Application within thirty days to avoid dismissal of the action; a copy of the application was provided. (Docket No. 2.)

 The deadline has since passed and Plaintiff has not submitted a complaint nor an IFP application. Accordingly, this case is DISMISSED without prejudice.

DATED: 11/1/12

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.12\5006Rubino_dism-ifp&compl.wpd   1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE RUBINO,

        Plaintiff.

Case Number CV 12-05006 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____11/02/12_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

Robert M. Rubino, CDC F61501
Donavan Prison
B Yard, Bldg. 9, 148-L
P.O. Box 799002
San Diego, CA 92179-9002

DATED: _____11/02/12_____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk