**Filed**

NOV 0 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBINO, <br><br> Plaintiff. | No. C 12-05006 EJD (PR) <br><br> JUDGMENT |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to submit a complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: 11/1/12

EDWARD J. DAVILA
United States District Judge

Judgment
G:\PRO-SE\SJ.EJD\CR.12\5006Rubino_judgment.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBINO,<br><br>        Plaintiff. | Case Number CV 12-05006 EJD (PR)<br><br>**CERTIFICATE OF SERVICE** |

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on     11/02/12    , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

Robert M. Rubino, CDC F61501
Donavan Prison
B Yard, Bldg. 9, 148-L
P.O. Box 799002
San Diego, CA 92179-9002

DATED:     11/02/12    

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk