# Filed

NOV 0 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBINO, | No. C 12-05006 EJD (PR) |
| Plaintiff. | JUDGMENT |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to submit a complaint and pay the filing fee.  A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: ___11/1/12___

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


IN RE RUBINO,                                    Case Number CV 12-05006 EJD (PR)

          Plaintiff.                        **CERTIFICATE OF SERVICE**


_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____11/02/12_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

Robert M. Rubino, CDC F61501
Donavan Prison
B Yard, Bldg. 9, 148-L
P.O. Box 799002
San Diego, CA 92179-9002


DATED: _____11/02/12_____

                             Richard W. Wieking, Clerk
                             By: Elizabeth Garcia, Deputy Clerk